UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHANNON OSBORNE, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-5108** |
| **RIVER BEND DETENTION CENTER** | **SECTION "G"(4)** |

### ORDER

On September 5, 2023, Plaintiff Shannon Osborne, Sr. ("Osborne"), an inmate housed in the Jackson Parish Jail, filed the above-captioned civil rights complaint pursuant to 42 U.S.C. § 1983 against the River Bend Detention Center ("RBDC") and Captain Barns. Osborne did not pay the filing fee or submit a pauper application with the Complaint.[1] The Clerk of Court sent Osborne notice of these deficiencies on September 7, 2023, which required Osborne to either pay the filing fee or submit a properly completed and certified pauper application within 21 days of the date of the notice.[2] Osborne did not respond or comply with the notice of deficiency.

On November 16, 2023, the assigned Magistrate Judge recommended that this case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for Osborne's failure to prosecute.[3] Osborne has not responded to the Report and Recommendation. Therefore, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the

---

[1] Rec. Doc. 1.

[2] Rec. Doc. 2.

[3] Rec. Doc. 4.

Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that Shannon Osborne, Sr.'s civil rights complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**NEW ORLEANS, LOUISIANA,** this 12th day of January, 2024.

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**